IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3127 |
| vs. | |
| RICHARD L. MOORE, | ORDER |
| Defendant. | |

Due to the volume of discovery for this case, the government requests a continuance of its deadline for producing Rule 16 discovery. Based on the representations of counsel,

IT IS ORDERED:

1) The government's motion, (Filing No. 24), is granted.

2) On or before February 18, 2020, counsel shall produce discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. The United States Attorney shall disclose discovery as it becomes available and <u>Brady v. Maryland</u> (and its progeny) material as soon as practicable.

3) The Court further finds that this case remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

February 13, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge