IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD L. MOORE,<br><br>        Defendant. | **4:19CR3127**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Adam Sipple to withdraw as counsel of record for Defendant, (Filing No. 26), is granted.

2) The clerk shall delete Adam Sipple from any future ECF notifications herein.

February 24, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge