IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:19CR3127** |
| vs. | |
| RICHARD L. MOORE, | **ORDER** |
| Defendant. | |

After conferring with counsel and with the defendant,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, another status conference will be held before the undersigned magistrate judge at 10:00 a.m. on September 8, 2020 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 21), to participate in the call to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

2) Pretrial motions shall be filed on or before September 4, 2020.

3) The Court further finds that the time between today's date and September 8, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

June 4, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge