IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD L. MOORE,<br><br>  Defendant. | 4:19-CR-3127<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Preliminary Order of Forfeiture (filing 55). Count I of the indictment in this case (filing 1) charged the defendant with coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of it, in violation of 18 U.S.C. § 2251(a). The indictment contained a forfeiture allegation seeking the forfeiture, pursuant to 18 U.S.C. § 2253, of property derived from the proceeds of the offense or property used or intended to be used to commit the offense, a list of which is appended to this order as Appendix 'A'. Filing 1 at 2-6.

The defendant has pled guilty to Count I of the indictment and admitted the forfeiture allegation. Filing 50 at 1-5; filing 56 at 24-25. By virtue of pleading guilty to the charge and admitting the forfeiture allegation, the defendant has forfeited his interest in the property, and the plaintiff should be entitled to possession of the property pursuant to 18 U.S.C. § 2253. Therefore, the plaintiff's motion for preliminary order of forfeiture is granted.

IT IS ORDERED:

1. The plaintiff's Motion for Issuance of Preliminary Order of Forfeiture (filing 55) is granted.

2. Based upon the defendant's guilty plea and admission of the forfeiture allegation of the indictment, the plaintiff is authorized to seize the property listed in Appendix 'A'.

3. The defendant's interest in the property is forfeited to the plaintiff for disposition in accordance with law, subject to the provisions of 18 U.S.C. § 2253.

4. The property is to be held by the plaintiff in its secure custody and control.

5. Pursuant to 18 U.S.C. § 2253, the plaintiff shall publish for at least thirty consecutive days on an official Internet government forfeiture site (www.forfeiture.gov) notice of this order, notice of publication evidencing the plaintiff's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. Such published notice shall state that the petition referred to in paragraph 5, above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any

      additional facts supporting the petitioner's claim and relief sought.

7.    The plaintiff may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property as a substitute for published notice as to those persons so notified.

8.    Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated this 19th day of July, 2021.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge

# APPENDIX A

1. Seagate Internal Integrated Data Electronics (IDE) Hard Drive, serial number 5MR4D1ST (80 Gigabyte).
2. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number Y2VJVL3E (60 Gigabyte).
3. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number Y6111SCE (200 Gigabyte).
4. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number L60JFSGG (300 Gigabyte).
5. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number Y3K289TE (120 Gigabyte).
6. Maxtor External Hard Drive, serial number B61ENTGH (300 Gigabyte).
7. Toshiba External Hard Drive, serial number 642ZS9QWSTT1 (1 Terabyte).
8. Western Digital My Book External Hard Drive, serial number WCAU48063181 (1 Terabyte).
9. Western Digital My Book External Hard Drive, serial number WCAU49717528 (1 Terabyte).
10. Western Digital My Book External Hard Drive, serial number WCC4E2EC8RZE (4 Terabyte).
11. Western Digital My Book External Hard Drive, serial number WCC4E4JP2TV4 (4 Terabyte).
12. Western Digital My Book External Hard Drive, serial number WCAZAJ987425 (2 Terabyte).
13. Western Digital My Book External Hard Drive, serial number WX81D655001T (6 Terabyte).
14. Western Digital My Book External Hard Drive, serial number WX21DA6NEU9P (6 Terabyte).
15. Western Digital My Book External Hard Drive, serial number WCAZAJ936707 (2 Terabyte).
16. Western Digital My Book External Hard Drive, serial number WCC4E1760830 (4 Terabyte).
17. Western Digital My Book External Hard Drive, serial number WX61DB89Z09V (6 Terabyte).
18. Western Digital My Book External Hard Drive, serial number WX91D6535KDH (6 Terabyte).
19. Western Digital My Book External Hard Drive, serial number WMAZA2296747 (2 Terabyte).
20. Western Digital My Book External Hard Drive, serial number JEK2SLWN (10 Terabyte).

21. Western Digital My Book External Hard Drive, serial number WX31DB58YS0P (6 Terabyte).
22. Western Digital My Book External Hard Drive, serial number WX11DA71YJCK5 (6 Terabyte).
23. Western Digital My Book External Hard Drive, serial number JEK72T5N (10 Terabyte).
24. Western Digital My Book External Hard Drive, serial number WMAZA5724457 (2 Terabyte).
25. Western Digital My Book External Hard Drive, serial number WX21D18PKFD2 (6 Terabyte).
26. Seagate Internal SATA Hard Drive, serial number 5QM3ZED3 (500G).
27. Seagate Internal SATA hard drive, serial number 5QM3ZD21 (500G).
28. Western Digital Internal Integrated Data Electronics (IDE) hard drive, serial number WMA8K1005050 (80G).
29. Maxtor Internal Integrated Data Electronics (IDE) hard drive, serial number V60B4PEC (60G).
30. Western Digital My Book External Hard Drive, serial number WX31D88KSAJ4 (6T).
31. Western Digital My Book External Hard Drive, serial number WX41D988R669 (6 Terabyte).
32. Western Digital My Book External Hard Drive, serial number WCC4E4ZJ9J9H (4 Terabyte).
33. Western Digital My Book External Hard Drive, serial number WCC4E0UX4U8J (4 Terabyte).
34. Western Digital My Book External Hard Drive, serial number WCC4E1VUASCX (4 Terabyte).
35. Western Digital My Book External Hard Drive, serial number WCC4E1AH9D5N (4 Terabyte).
36. Western Digital My Book External Hard Drive, serial number WX11D37500EE (6 Terabyte).
37. Western Digital My Book External Hard Drive, serial number WX11DB5NE4Z2 (6 Terabyte).
38. Western Digital My Book External Hard Drive, serial number JEK3ZSEN (10 Terabyte).
39. Western Digital My Book External Hard Drive, serial number WX41DA5LVJYT (6 Terabyte).
40. Toshiba laptop computer, model S55-A5295, serial number 9D208801S.
41. HP 2820 black computer tower, serial number USH321A0BV.
42. Premio white computer tower, serial number 2000133549.
43. Home-built computer black computer tower, serial number 1618310800256.

44. HP Pavillion black computer tower, serial number MXU21904R5.
45. NexLink black computer tower, serial number 1526223.
46. Seneca brand black computer tower, serial number l725FD43270300096.
47. HP 570-P030 Black Computer Tower, Serial Number CNV8080B9V.
48. Two Black GOPRO with Mount and 5 Loose Batteries.
49. One Samsung Galaxy Note 4 Verizon Cell Phone.
50. One Samsung Galaxy S3 Cell Phone: Seq.
51. One Canon PowerShot A 1 OOOIS Digital Camera with SD Card.
52. One CD Label #7 Lake '97.
53. One DVD Cannon 70 Videos on New Computer.
54. One DVD Labeled V1 & M25 9-16-18 DVD #1.
55. One DVD Labeled V1 & M25 9-12-18 DVD #1.
56. One DVD Labeled V1 & M25 9-17-18 DVD #2.
57. One DVD Labeled V1 & M25 9-16-18 DVD #2.
58. One DVD Unlabeled White DVD.
59. One ProMaster Compact Flash 8GB '2'.
60. One ProMaster Compact Flash 16GB '1'.
61. One ProMaster Compact Flash 8GB '3'.
62. One SanDisk Extreme IV Compact Flash 16GB '4'.
63. One SanDisk Extreme IV Compact Flash 16GB '3'.
64. One Lexar 128GB SD Card.
65. One Sony Memory Stick Pro HG Dou 8GB.
66. One Lexar Professional 128GB SD Card.
67. One Lexar Professional 128GB SD Card with Sticky Note.
68. One Lexar Professional 128GB SD Card with Sticky Note.
69. One SanDisk Ultra II 4GB SD Card with Sticky Note.
70. One SanDisk Extreme Pro 64GB SD Card '3' with Sticky Note.
71. One SanDisk Extreme Pro 64GB SD Card '1' with Sticky Note.
72. One SanDisk Ultra II 512MB with Sticky Note.
73. One SanDisk Ultra II 512MB.
74. One ProMaster Compact Flash 8GB '4'.
75. One ProMaster Compact Flash 8GB '1.1.2'.
76. One SanDisk Extreme IV Compact Flash 16GB.
77. One SanDisk Extreme Pro 32GB Compact Flash.
78. One SanDisk Extreme Pro 64GB Compact Flash.
79. One SanDisk Extreme Pro 64GB Compact Flash.
80. One SanDisk Extreme Pro 64GB Compact Flash.
81. One SanDisk Extreme Pro 64GB Compact Flash.
82. One SanDisk Ultra II 2.0GB Compact Flash.
83. One SanDisk Ultra II 2.0GB Compact Flash.
84. One SanDisk Ultra II 2.0GB Compact Flash.

85. One SanDisk Extreme IV 16GB Compact Flash '2'.
86. One Lexar Professional 128GB SD Card.
87. One Lexar Professional 128GB SD Card.
88. One Lexar Professional 128GB SD Card.
89. One Lexar Professional 128GB SD Card.
90. One Lexar Professional 128GB SD Card.
91. One SanDisk Extreme 128GB SD Card.
92. One SanDisk Extreme 128GB SD Card '3'.
93. One SanDisk Extreme 128GB SD Card '4'.
94. One SanDisk Extreme 128GB SD Card.
95. One SanDisk Ultra II 4GB SD Card.
96. One SanDisk Ultra 64GB '1'.
97. One SanDisk Ultra 64GB.
98. One SanDisk UltraPlus 32GB SD Card.
99. One SanDisk UltraPlus 32GB SD Card.
100. One SanDisk UltraPlus 64GB SD Card.
101. One SanDisk UltraPlus 64GB SD Card.
102. One SanDisk Extreme Pro 64GB '4'.
103. One SanDisk Extreme Pro 128GB SD Card FILED.
104. One SanDisk Extreme Pro 128GB SD Card '2'.
105. One SanDisk Extreme Pro 64GB '2' with Sticky Note.
106. One SanDisk Extreme Pro 128GB '1' with Sticky Note.
107. One Lexar Professional 128GB SD Card.
108. One Lexar Professional 128GB with Sticky Note.
109. One Lexar Professional 128GB with Sticky Note.
110. One SanDisk Extreme 128GB '6' with Sticky Note.
111. One Sony 128GB SD Card with Sticky Note.
112. One Sony 128GB SD Card with Sticky Note.
113. One Canon 32MB SD Card.
114. One PNY High Performance 64GB SD Card.
115. One SanDisk Extreme 32GB MicroSD Card with Adapter.
116. One SanDisk Extreme 32GB MicroSD Card.
117. One SanDisk 128GB MicroSD Card with Adapter.
118. One SanDisk UltraPlus MicroSD Card 'H'.
119. One SanDisk UltraPlus 128GB 'H' MicroSD.
120. One SanDisk UltraPlus 200GB 'B" MicroSD.
121. One PNY 256GB Thumb Drive.
122. One SanDisk Cruzer Glide 16GB Thumb Drive.
123. One Video Devices Thumb Drive with Tape '1'.