IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3127 |
| vs. | FINAL ORDER OF FORFEITURE |
| RICHARD L. MOORE, | |
| Defendant. | |

On January 7, 2021, the Court entered a Preliminary Order of Forfeiture (filing 58) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of it, in violation of 18 U.S.C. § 2251(a), and his admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in the property listed in Appendix 'A', appended to this order, was forfeited to the plaintiff.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on July 22, 2021, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 71) was filed on September 29, 2021. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 72) is granted.

2. All right, title, and interest in and to the property listed in Appendix 'A' held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 13th day of January, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge

APPENDIX A

1. Seagate Internal Integrated Data Electronics (IDE) Hard Drive, serial number 5MR4D1ST (80 Gigabyte).
2. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number Y2VJVL3E (60 Gigabyte).
3. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number Y6111SCE (200 Gigabyte).
4. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number L60JFSGG (300 Gigabyte).
5. Maxtor Internal Integrated Data Electronics (IDE) Hard Drive, serial number Y3K289TE (120 Gigabyte).
6. Maxtor External Hard Drive, serial number B61ENTGH (300 Gigabyte).
7. Toshiba External Hard Drive, serial number 642ZS9QWSTT1 (1 Terabyte).
8. Western Digital My Book External Hard Drive, serial number WCAU48063181 (1 Terabyte).
9. Western Digital My Book External Hard Drive, serial number WCAU49717528 (1 Terabyte).
10. Western Digital My Book External Hard Drive, serial number WCC4E2EC8RZE (4 Terabyte).
11. Western Digital My Book External Hard Drive, serial number WCC4E4JP2TV4 (4 Terabyte).
12. Western Digital My Book External Hard Drive, serial number WCAZAJ987425 (2 Terabyte).
13. Western Digital My Book External Hard Drive, serial number WX81D655001T (6 Terabyte).
14. Western Digital My Book External Hard Drive, serial number WX21DA6NEU9P (6 Terabyte).
15. Western Digital My Book External Hard Drive, serial number WCAZAJ936707 (2 Terabyte).
16. Western Digital My Book External Hard Drive, serial number WCC4E1760830 (4 Terabyte).
17. Western Digital My Book External Hard Drive, serial number WX61DB89Z09V (6 Terabyte).
18. Western Digital My Book External Hard Drive, serial number WX91D6535KDH (6 Terabyte).
19. Western Digital My Book External Hard Drive, serial number WMAZA2296747 (2 Terabyte).
20. Western Digital My Book External Hard Drive, serial number JEK2SLWN (10 Terabyte).

21. Western Digital My Book External Hard Drive, serial number WX31DB58YS0P (6 Terabyte).
22. Western Digital My Book External Hard Drive, serial number WX11DA71YJCK5 (6 Terabyte).
23. Western Digital My Book External Hard Drive, serial number JEK72T5N (10 Terabyte).
24. Western Digital My Book External Hard Drive, serial number WMAZA5724457 (2 Terabyte).
25. Western Digital My Book External Hard Drive, serial number WX21D18PKFD2 (6 Terabyte).
26. Seagate Internal SATA Hard Drive, serial number 5QM3ZED3 (500G).
27. Seagate Internal SATA hard drive, serial number 5QM3ZD21 (500G).
28. Western Digital Internal Integrated Data Electronics (IDE) hard drive, serial number WMA8K1005050 (80G).
29. Maxtor Internal Integrated Data Electronics (IDE) hard drive, serial number V60B4PEC (60G).
30. Western Digital My Book External Hard Drive, serial number WX31D88KSAJ4 (6T).
31. Western Digital My Book External Hard Drive, serial number WX41D988R669 (6 Terabyte).
32. Western Digital My Book External Hard Drive, serial number WCC4E4ZJ9J9H (4 Terabyte).
33. Western Digital My Book External Hard Drive, serial number WCC4E0UX4U8J (4 Terabyte).
34. Western Digital My Book External Hard Drive, serial number WCC4E1VUASCX (4 Terabyte).
35. Western Digital My Book External Hard Drive, serial number WCC4E1AH9D5N (4 Terabyte).
36. Western Digital My Book External Hard Drive, serial number WX11D37500EE (6 Terabyte).
37. Western Digital My Book External Hard Drive, serial number WX11DB5NE4Z2 (6 Terabyte).
38. Western Digital My Book External Hard Drive, serial number JEK3ZSEN (10 Terabyte).
39. Western Digital My Book External Hard Drive, serial number WX41DA5LVJYT (6 Terabyte).
40. Toshiba laptop computer, model S55-A5295, serial number 9D208801S.
41. HP 2820 black computer tower, serial number USH321A0BV.
42. Premio white computer tower, serial number 2000133549.
43. Home-built computer black computer tower, serial number 16183108800256.
44. HP Pavillion black computer tower, serial number MXU21904R5.

45. NexLink black computer tower, serial number 1526223.
46. Seneca brand black computer tower, serial number l725FD43270300096.
47. HP 570-P030 Black Computer Tower, Serial Number CNV8080B9V.
48. Two Black GOPRO with Mount and 5 Loose Batteries.
49. One Samsung Galaxy Note 4 Verizon Cell Phone.
50. One Samsung Galaxy S3 Cell Phone: Seq.
51. One Canon PowerShot A 1 OOOIS Digital Camera with SD Card.
52. One CD Label #7 Lake '97.
53. One DVD Cannon 70 Videos on New Computer.
54. One DVD Labeled V1 & M25 9-16-18 DVD #1.
55. One DVD Labeled V1 & M25 9-12-18 DVD #1.
56. One DVD Labeled V1 & M25 9-17-18 DVD #2.
57. One DVD Labeled V1 & M25 9-16-18 DVD #2.
58. One DVD Unlabeled White DVD.
59. One ProMaster Compact Flash 8GB '2'.
60. One ProMaster Compact Flash 16GB '1'.
61. One ProMaster Compact Flash 8GB '3'.
62. One SanDisk Extreme IV Compact Flash 16GB '4'.
63. One SanDisk Extreme IV Compact Flash 16GB '3'.
64. One Lexar 128GB SD Card.
65. One Sony Memory Stick Pro HG Dou 8GB.
66. One Lexar Professional 128GB SD Card.
67. One Lexar Professional 128GB SD Card with Sticky Note.
68. One Lexar Professional 128GB SD Card with Sticky Note.
69. One SanDisk Ultra II 4GB SD Card with Sticky Note.
70. One SanDisk Extreme Pro 64GB SD Card '3' with Sticky Note.
71. One SanDisk Extreme Pro 64GB SD Card '1' with Sticky Note.
72. One SanDisk Ultra II 512MB with Sticky Note.
73. One SanDisk Ultra II 512MB.
74. One ProMaster Compact Flash 8GB '4'.
75. One ProMaster Compact Flash 8GB '1.1.2'.
76. One SanDisk Extreme IV Compact Flash 16GB.
77. One SanDisk Extreme Pro 32GB Compact Flash.
78. One SanDisk Extreme Pro 64GB Compact Flash.
79. One SanDisk Extreme Pro 64GB Compact Flash.
80. One SanDisk Extreme Pro 64GB Compact Flash.
81. One SanDisk Extreme Pro 64GB Compact Flash.
82. One SanDisk Ultra II 2.0GB Compact Flash.
83. One SanDisk Ultra II 2.0GB Compact Flash.
84. One SanDisk Ultra II 2.0GB Compact Flash.
85. One SanDisk Extreme IV 16GB Compact Flash '2'.
86. One Lexar Professional 128GB SD Card.

87. One Lexar Professional 128GB SD Card.
88. One Lexar Professional 128GB SD Card.
89. One Lexar Professional 128GB SD Card.
90. One Lexar Professional 128GB SD Card.
91. One SanDisk Extreme 128GB SD Card.
92. One SanDisk Extreme 128GB SD Card '3'.
93. One SanDisk Extreme 128GB SD Card '4'.
94. One SanDisk Extreme 128GB SD Card.
95. One SanDisk Ultra II 4GB SD Card.
96. One SanDisk Ultra 64GB '1'.
97. One SanDisk Ultra 64GB.
98. One SanDisk UltraPlus 32GB SD Card.
99. One SanDisk UltraPlus 32GB SD Card.
100. One SanDisk UltraPlus 64GB SD Card.
101. One SanDisk UltraPlus 64GB SD Card.
102. One SanDisk Extreme Pro 64GB '4'.
103. One SanDisk Extreme Pro 128GB SD Card FILED.
104. One SanDisk Extreme Pro 128GB SD Card '2'.
105. One SanDisk Extreme Pro 64GB '2' with Sticky Note.
106. One SanDisk Extreme Pro 128GB '1' with Sticky Note.
107. One Lexar Professional 128GB SD Card.
108. One Lexar Professional 128GB with Sticky Note.
109. One Lexar Professional 128GB with Sticky Note.
110. One SanDisk Extreme 128GB '6' with Sticky Note.
111. One Sony 128GB SD Card with Sticky Note.
112. One Sony 128GB SD Card with Sticky Note.
113. One Canon 32MB SD Card.
114. One PNY High Performance 64GB SD Card.
115. One SanDisk Extreme 32GB MicroSD Card with Adapter.
116. One SanDisk Extreme 32GB MicroSD Card.
117. One SanDisk 128GB MicroSD Card with Adapter.
118. One SanDisk UltraPlus MicroSD Card 'H'.
119. One SanDisk UltraPlus 128GB 'H' MicroSD.
120. One SanDisk UltraPlus 200GB 'B" MicroSD.
121. One PNY 256GB Thumb Drive.
122. One SanDisk Cruzer Glide 16GB Thumb Drive.
123. One Video Devices Thumb Drive with Tape '1'.